### 37385. ALDAY v. ALDAY.

PER CURIAM.
Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1).
*Appeal dismissed. All the Justices concur.*

DECIDED JUNE 2, 1981.

*Altman & McGraw, Joseph Thomas McGraw,* for appellant.
*Loftiss & Van Heiningen, Thomas Jefferson Loftiss II,* for appellee.